UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WILLIAMS, | No. 2:14-cv-1951 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2014, the undersigned directed Supervising Deputy Attorney General Monica Anderson to inform the court within fourteen days of the status of the delivery of the glucometer to plaintiff. (ECF No. 7.)

On November 5, 2014, Supervising Deputy Attorney General Monica Anderson filed a response to the October 22, 2014 order. (ECF No. 8.) The response states that plaintiff's request for a glucometer is moot because plaintiff was released from the custody of the California Department of Corrections and Rehabilitation ("CDCR") on October 11, 2014. (Id.)

Plaintiff has not filed a notice of change of address reflecting his new address following his release from CDCR custody. It is the plaintiff's responsibility to keep the court apprised of his current address at all times.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file a notice of change of address; and

2. The Clerk of the Court is directed to serve a copy of this order on Supervising Deputy Attorney General Monica Anderson.

Dated: November 7, 2014

Will1951.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE